UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

POITEVIEN TELFORT, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

                                                    Case No. 1:21-cv-23720-FAM

AMERICAN CORADIUS INTERNATIONAL
LLC,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, American Coradius International LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: December 14, 2021

                                                    Respectfully submitted,

                                                    */s/ Ashley Wydro*
                                                    Ashley Wydro, Esq.
                                                    Florida Bar No. 0106605
                                                    Dayle M. Van Hoose, Esq.
                                                    Florida Bar No. 0016277
                                                    SESSIONS, ISRAEL & SHARTLE
                                                    3350 Buschwood Park Drive, Suite 195
                                                    Tampa, Florida 33618
                                                    Telephone: (813) 440-5327
                                                    Facsimile: (877) 334-0661

                awydro@sessions.legal
                dvanhoose@sessions.legal
                *Counsel for Defendant,*
                *American Coradius International LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of December 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below:

| | |
|---|---|
| James L. Davidson | Matisyahu H. Abarbanel |
| Jesse S. Johnson | Matthew Bavaro |
| Greenwald Davidson Radbil PLLC | Loan Lawyers |
| 7601 N. Federal Highway, Suite A-230 | 3201 Griffin Road, Suite 100 |
| Boca Raton, FL 33487 | Ft. Lauderdale, FL 33312 |
| jdavidson@gdrlawfirm.com | Matis@Fight13.com |
| jjohnson@gdrlawfirm.com | Matthew@Fight13.com |

                */s/ Ashley Wydro*
                Attorney