UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

POITEVIEN TELFORT, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

    Case No. 1:21-cv-23720-FAM

AMERICAN CORADIUS INTERNATIONAL
LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, plaintiff, Poitevien Telfort, and defendant, American Coradius International LLC, by and through undersigned counsel, do hereby stipulate to the dismissal with prejudice of this entire action. Each party is to bear its own fees and costs.

Date: February 15, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ James L. Davidson | /s/ Ashley Wydro |
| James L. Davidson, Esq. | Ashley Wydro, Esq. |
| Florida Bar No. 723371 | Florida Bar No. 0106605 |
| Jesse S. Johnson, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No. 69154 | Florida Bar No. 0016277 |
| GREENWALD DAVIDSON RADBIL PLLC | SESSIONS, ISRAEL & SHARTLE |
| 7601 N. Federal Highway, Suite A-230 | 3350 Buschwood Park Drive, Suite 195 |
| Boca Raton, FL 33487 | Tampa, Florida 33618 |
| Tel: (561) 826-5477 | Telephone: (813) 440-5327 |
| jdavidson@gdrlawfirm.com | Facsimile: (877) 334-0661 |
| jjohnson@gdrlawfirm.com | awydro@sessions.legal |
| | dvanhoose@sessions.legal |

| | |
|---|---|
| Matisyahu H. Abarbanel<br>Florida Bar No. 130435<br>Matthew Bavaro<br>Florida Bar No. 175821<br>LOAN LAWYERS<br>3201 Griffin Road, Suite 100<br>Ft. Lauderdale, FL 33312<br>Tel: (954) 523-4357<br>Matis@Fight13.com<br>Matthew@Fight13.com<br>*Counsel for Plaintiff* | *Counsel for Defendant,*<br>*American Coradius International LLC* |